# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:07-CV-221-FDW

| | |
|---|---|
| **RACING OPTICS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF HEARING** |
| **DAVID LEON O'NEAL, EDWARD M.** ) | |
| **WALLACE, and CLEAR VIEW** ) | |
| **RACING OPTICS, LCC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

TAKE NOTICE that this matter has been set for evidentiary hearing and oral argument on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 7), to take place at 9:00 a.m. on 9 August 2007, in Courtroom #1 of the Charles R. Jonas Federal Building, Charlotte, North Carolina.

Pursuant to Local Rule 7.1(B), Defendants may, at their election, file a memorandum of law in opposition to Plaintiff's motion on or before 3 August 2007.

The Clerk is directed to mail copies of this Notice to the Defendants at the following addresses:

David Leon O'Neal
158 Byers Road
Troutman, North Carolina 28166

Edward M. Wallace
114 Dearborn Lane
Mooresville, North Carolina 28117

Clear View Racing Optics, LLC
Edward M. Wallace, Registered Agent
114 Dearborn Lane
Mooresville, North Carolina 28117

Signed: July 19, 2007

Frank D. Whitney
United States District Judge