IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07-CV-00221-FDW

| | | |
|---|---|---|
| RACING OPTICS, INC., BART WILSON, SETH WILSON, and STEPHEN S. WILSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) ) | |
| DAVID O'NEAL, EDWARD M. WALLACE, and CLEAR VIEW RACING OPTICS, LLC, | ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER comes now before the Court upon Plaintiffs' Motion to Place Under Seal Certain Exhibits to Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 54).

IT IS HEREBY ORDERED THAT:

(1) Exhibit 5 to Plaintiffs' Motion for Partial Summary Judgment shall be, and hereby is, placed under seal so that it is not generally available to the public;

(2) The Clerk shall place Exhibit 5 to Plaintiffs' Motion for Partial Summary Judgment under seal and shall file such document so that it is not generally available to the public.

IT IS SO ORDERED.   Signed: December 5, 2007

Frank D. Whitney
United States District Judge